UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:   Jessica Darcel Brooks                                                              CASE NO.: 14-

## CHAPTER 13 PLAN

**I.**  Debtor proposes to pay by payroll deduction into the Chapter 13 Plan monthly payments of $1,630 for two (2) months then monthly payments of $1,694 for forty-one (41) months for a total of forty-three (43) months.

**II.**  Claims to be paid directly by debtor.          **Estimated Balance Due**          **Monthly Payment**
TSP Loan                                                                $128.00                                      $64.00

**III.**  Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800.00. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

**1. Personal Property:**

Capital One Auto Finance: collateral - 2007 Saturn Sky; estimated secured claim of $13,000 to be paid with interest at 6%. As adequate protection, the creditor, Capital One Auto Finance, shall be paid $25 per month until the debtor's attorney fees are paid in full.

Springleaf Financial: collateral - 2006 Jeep Liberty; estimated secured claim of $5,300 to be paid with interest at 6%. As adequate protection, the creditor, Springleaf Financial, shall be paid $25 per month until the debtor's attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

*ACS/Wells Fargo                     $5,432.00

**The student loan will receive as much as possible through the life of the plan and the balance will survive discharge.

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 100% of the claims.

Respectfully submitted this 8th day of January, 2015.

McBride Law Firm

/s/Thomas C. McBride
By: Thomas C. McBride  (#09210)
     Kathryn A. Wiley (#33672)
     Thomas C. McBride, LLC
     McBride Law Firm
     301 Jackson Street, Suite 101
     Alexandria, LA 71301
     Telephone (318) 445-8800
     Facsimile (318) 445-8066